ACCEPTED
06-14-00097-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 3:43:27 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00097-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **6th COURT** | |
| | § | | |
| **WILLIE FRANK JACKSON** | § | **OF APPEALS** | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 3:43:27 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Willie Frank Jackson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 354TH Judicial District Court of Hunt County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Willie Frank Jackson</u>, and numbered 29,295.

3.      Appellant was convicted of Aggravated Robbery, with a Deadly Weapon.

4.      Appellant was assessed a sentence of 90 years on May 14, 2014.

5.      Notice of appeal was given on May 14, 2014.

6.      The clerk's record was filed on September 10, 2014; the reporter's

record was filed on November 25, 2014.

7.     The appellate brief is presently due on December 29, 2014.

8.     Appellant requests an extension of time of 30 days from the present date.

9.     No extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Jason A. Duff has begun a review the several volumes in the reporters record as well as the clerks record the record; but, Appellant's counsel requests additional time to sufficiently develop the arguments material to the brief.

Additionally, Counsel was on vacation from the afternoon of December 24, 2014 through December 28, 2014.

Counsel is also appointed in:

*Garza v. State* Appellate Cause numbers 06-14-00088-CR through 06-14-00093, and filed multiple briefs relating to that case December 22, 2014,

Counsel is appointed in *Semaj Milan Yrnah Smith v. State, Appellate Cause No. 06-14-00158-CR* and filed a brief on December 23, 2014,

*Young v. State* Appellate Cause number 06-14-00086-CR with a brief also due on December 29, 2014,

*Donny Joe Curry v. State* Appellate Cause numbers 06-14-00139-CR thru 06-14-00142-CR with a brief due December 29, 2014.

*Bennett v. State* Cause number 06-14-00050-CR where Appellant's attorney filed a brief on November 17, 2014 and is awaiting Appellee's brief,

AND

*Grubbs v. State* Appellate Cause numbers 06-14-00116-CR & 06-14-00117-CR and is awaiting the Reporter's record.

Appellant counsel's represented his client at trial in Cause No. CC1400383 Jim Lee Odom v. Troy Morrison in County Court at Law No. 2 of Hunt County Texas on December 16, 2014

Then counsel participated settlement conferences in Cause No. 80,433 *ITIO of L.W.* and Cause No. 80219, *ITIO M.S. E.S and B.M.* on December 2, 2014.  After the parties failed to reach a settlement in Cause No. 80219, *ITIO M.S. E.S and B.M.* on December 2, 2014, the trial court ordered the parties back to another conference on December 23, 2014.

Counsel prepared for and represented his clients in an Adversarial hearings in Hunt County Child Protection Court for Northeast Texas #2 on December 3, 2014 in Cause No. 81,304 *In the Interest of TH & Z.H.,* Children, as well as a Final Hearing in Cause No. 80,139 In the *Interest of D.B., a Child* in the 196th Judicial District among several others.

Counsel prepared for and represented his clients in an Adversarial hearing in Cause No. 81,304 In the Interest of T.H. &Z.H., Children on December 18, 2014.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Jason A. Duff
2615 Lee St
P.O. Box 11
Greenville, TX 75403
Tel: 903.455.1991
Fax: 903.455.1417


By:___*/s/ Jason A. Duff*_____
    Jason A. Duff
    State Bar No. 24059696
    jasonaduff@hotmail.com
    Attorney for Willie Frank Jackson

## CERTIFICATE OF SERVICE

This is to certify that on December 29, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, by electronic filing system.

_/s/ Jason A. Duff_
Jason A. Duff